UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:13-cr-00143-MOC

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **ANTHONY MARSHALL NORMAN,** | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the court on a pro se letter from defendant, who is represented by counsel, concerning delay in preparation of the Presentence Report.

Review of the pleadings reveals that the court accepted defendant's Plea in October 2013 and that no PSR has been filed despite the passage of more than eight months and the filing of a factual basis by the parties at the time of the plea hearing. While the court will not grant relief based on such letter, the court will instruct that a copy of this Order be provided to the U.S. Probation and Pretrial Services officer assigned to this case.

**ORDER**

**IT IS, THEREFORE, ORDERED** that to the extent that defendant seeks relief in his letter (#22), such relief is denied and the Clerk of Court is instructed to send a copy of this Order to the U.S. Probation and Pretrial Services officer assigned to this case for review.

Signed: July 7, 2014

Max O. Cogburn Jr.
United States District Judge