UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:13-cr-00143-MOC

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **ANTHONY MARSHALL NORMAN,** | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on defendant's *Pro Se* Letter to the Chmabers. The matter described by the letter, focusing on the appropriate custody level of the defendant and the prison he is held in, lies outside the jurisdiction of this Court and falls within the administrative purview of the Bureau of Prisons. Having thus considered defendant's letter and reviewed the pleadings, the Court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that defendant's *Pro Se* Letter to Judge Cogburn (#71) is **DENIED**. No action shall be taken by this Court.

Signed: October 17, 2017

Max O. Cogburn Jr.
United States District Judge